# IN THE UNITED STATES DISTRICT COURT
## for the
## Eastern District of New York

---

| | |
|---|---|
| THOMAS SIDIK, as Administrator of the Estate of KRISTEN A. SIDIK, deceased, THOMAS SIDIK, as Parent and Natural Guardian of K.S., an Infant, THOMAS SIDIK, as Parent and Natural Guardian of C.S., an Infant, and THOMAS SIDIK, Individually, | Civil Action No.: 2:17-cv-7020 (ADS)(ARL) |
| *Plaintiffs,* | **NOTICE OF APPEAL** |
| v. | |
| ROYAL SOVEREIGN INTERNATIONAL, INC., ROYAL CENTURIAN INC., RS NINGBO, INC., ROYAL SOVEREIGN QINGDAO a/k/a RS QINGDAO, BJ'S WHOLESALE CLUB, INC., ADT LLC, and DEFENDERS, INC. d/b/a PROTECT YOUR HOME, | |
| *Defendants.* | |

---

**PLEASE TAKE NOTICE** that pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, plaintiff Thomas Sidik, as Administrator of the Estate of Kristen A. Sidik deceased, Thomas Sidik, as Parent and Natural Guardian of K.S., an Infant, Thomas Sidik as Parent and Natural Guardian of C.S., an Infant, and Thomas Sidik, Individually, by his attorneys, WISELL & McGEE, L.L.P., hereby appeals to the United States Court of Appeals for the Second Circuit the Decision and Order of Magistrate Judge Lindsay dated and entered in this action on the 1st day of June, 2021, the following: (1) plaintiffs request that the Court compel defendant BJ's Wholesale Club, Inc. to provide them with the name, address and phone number of each BJ's member who returned a Royal Sovereign PAC-3012 portable air conditioning unit was denied; and (2) plaintiffs request to compel defendant BJ's Wholesale Club, Inc. to produce a 30(b)(6) witness to answer questions about 14 of its 33 Affirmative Defenses was also denied.

Dated:  Kew Gardens, New York
        June 29, 2021

                                              Respectfully submitted,
                                              WISELL & MCGEE, L.L.P.

                                              By: /s/ Nancy M. McGee
                                              Nancy M. McGee NM0726/NY4362067
                                              Attorneys for Plaintiffs
                                              80-02 Kew Gardens Road, Suite 307
                                              Kew Gardens, NY 11415
                                              (718) 544-0041
                                              nancy.mcgee@wiselllaw.com