**MANDATE**

**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of August, two thousand twenty-one,

_____

| | |
|---|---|
| Thomas Sidik, as Administrator of the Estate of Kristen A. Sidik, deceased, as Parent and Natural Guardian of K.S., an Infant, as Parent and Natural Guardian of C.S., an Infant, Individually, | **ORDER**<br>Docket No. 21-1581 |

      Plaintiff - Appellant,

v.

Royal Sovereign International, Inc., Royal Centurian Inc., BJ's Wholesale Club, Inc.,

      Defendants-Cross-Claimants-Third Party Plaintiffs- Appellees

ADT LLC, Defenders, Inc., DBA Protect Your Home,

      Defendants-Cross Defendants- Appellees,

RS Ningbo, Inc., Royal Sovereign Qingdao, AKA RS Qingdao,

      Defendants-Cross Defendants,

Taishan City Kexinte Motor Products Co., LTD.,

      Third Party Defendant.
_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

**MANDATE ISSUED ON 08/05/2021**

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit